FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 19  AM 8: 16

LORETTA G. WHYTE
       CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HENRY MEREDITH** | CIVIL ACTION |
| **VERSUS** | NO:   06-2384 |
| **JOHN NOWAK/WARDEN &** | SECTION: "F"(4) |
| **UNKNOWN IDENTITIES** | |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the **Motion to Dismiss, or, in the Alternative Motion for Judgment on the Pleadings ( Rec. Doc. No. 4)** filed by the defendant, Warden John Nowak, is **DENIED.**

New Orleans, Louisiana, this _18th_ day of _October_, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____